IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONOCO PHILLIPS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CV-249-JED-PJC |
| ) | |
| JUMP OIL COMPANY, INC.; ) | |
| RPM INVESTMENT COMPANY, INC.; ) | |
| JASON A. MILTENBERGER; ) | |
| MELISSA MOORE MILTENBERGER; ) | |
| DAVID A. MILTENBERGER; ) | |
| STEVEN A. MILTENBERGER; and ) | |
| SONDRA MILTENBERGER, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff ConocoPhillips Company ("ConocoPhillips") and Defendants Jump Oil Cmpany, Inc., RPM Investments Company, Inc., Jason A. Miltenberger, Melissa Moore Miltenberger, Steven A. Miltenberger, and Sondra Miltenberger , pursuant to the Court's Minute Order dated September 25, 2012 [Docket No. 49], submit this Joint Status Report:

Plaintiff ConocoPhillips Company believes that the parties are at an impasse regarding settlement negotiations.  Defendants Jump Oil Company, Inc., RPM Investments Company, Inc., Jason A. Miltenberger, Steven A. Miltenberger, and Sondra Miltenberger believe that this matter may still be resolved and intend to continue settlement efforts.

Respectfully submitted,

/s/ *Charles R. Swartz*
Tracy W. Robinett, OBA No. 13114
Lawrence R. Murphy, Jr., OBA No. 17681
Charles R. Swartz, OBA No. 22313
Robinett & Murphy
624 S. Boston Avenue, Suite 900
Tulsa, Oklahoma 74119
(918) 592-3699
(918) 592-0963 (*facsimile*)
trobinett@robinettmurphy.com

*Attorneys for Defendants Jump Oil Company, Inc., RPM Investments Company, Inc., Jason A. Miltenberger, Steven A. Miltenberger, and Sondra Miltenberger*


/s/ *Mary Lynn Lohrke*
Mary Lynn Lohrke, OBA No. 15806
Titus Hillis Reynolds Love Dickman & McCalmon
15 E. Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800
(918) 587-6822 (*facsimile*)
mlohrke@titushillis.com

*Attorney for Defendant Melissa Moore Miltenberger*

2

/s/ *Robert J. Winter*
Darin L. Brooks
Texas Bar No. 00796252
Federal I.D. No. 22788
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056-3000
(713) 623-0887
(713) 960-1527 (*facsimile*)
dbrooks@bmpllp.com

John G. George, Jr.
Texas Bar No. 24051944
Federal I.D. 1071929
Matthew F. Wymer
Texas Bar No. 24005234
Beirne, Maynard & Parsons, L.L.P.
The Weston Centre
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
(210) 582-0220
(210) 582-0231 (*facsimile*)
jgeorgejr@bmpllp.com

Robert J. Winter, OBA No. 16754
Pray Walker, PC
100 West 5th Street, Suite 900
Tulsa, Oklahoma 74103
(918) 581-5500
(918) 581-5599 (*facsimile*)
RWinter@PrayWalker.com

*Attorneys for Plaintiff ConocoPhillips Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert J. Winter, *Esq.*
Pray Walker, PC
100 West 5th Street, Suite 900
Tulsa, Oklahoma 74103

Darin L. Brooks, *Esq.*
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056-3000

John G. George, Jr., *Esq.*
Matthew F. Wymer
Beirne, Maynard & Parsons, L.L.P.
The Weston Centre
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205

Mary Lynn Lohrke, *Esq.*
Titus Hillis Reynolds Love Dickman & McCalmon
15 E. Fifth Street, Suite 3700
Tulsa, Oklahoma 74103


　　　　　　　　　　　　　　　　　　　　/s/ *Charles R. Swartz*
　　　　　　　　　　　　　　　　　　　　Charles R. Swartz